**DENIED**
BY ORDER OF THE COURT

Defendant has not made an appearance in this action and, on the copy of the consent judgment signed by Ha Pham, Pham crossed out the title "Owner" and replaced it with "Manager." (Doc. 10-1.) The Court, therefore, lacks sufficient proof that Defendant stipulated to the judgment.
Date: August 28, 2017
Judge Josephine L. Staton

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELAVA, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DION NAILS SUPPLY, INC. (d/b/a SKYLARK NAIL SUPPLY), a California Corporation,<br><br>Defendant. | Case No.: 8:17-cv-01245-JLS-JDE<br><br>**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION [PROPOSED]** |

This Stipulated Consent Judgment and Permanent Injunction ("Consent Judgment") is entered into by and between Plaintiff, Belava, LLC ("Belava") and Defendant, Dion Nails Supply, Inc. (d/b/a Skylark Nail Supply), subject to approval by the Court.

On July 20, 2017, Belava initiated this action against Defendant alleging infringement of U.S. Patent No. D504,178 S. Belava makes and sells disposable lines for tubs used during pedicures ("Belava Liners"). Belava also makes and sells the tubs for use with the liners ("Belava Tubs"). The complaint arose from Defendant's sale of disposable liners for tubs used during pedicures ("Accused Liners") and tubs ("Accused Tub"). Defendant was served with the complaint in this Action on July 21, 2017.

The Defendant wishes to conclude this litigation with Belava without contesting the Action, nor the validity or enforceability of the patent-in-suit.

Belava and the Defendant hereby agree to entry of this Consent Judgment.

NOW, THEREFORE, IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED,

1. This is an action for patent infringement (35 U.S.C. § 101 et seq.).

2. With respect to the patent infringement claim, this Court has original and/or exclusive jurisdiction over the subject matter and the Defendant under 28 U.S.C. §§ 1331 and 1338(a) and (b). Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

3. Defendant admits that Belava is the owner of all right, title and interest in and to the patent-in-suit.

4. Defendant does not contest that the patent-in-suit is valid and enforceable.

5. Defendant represents that it has ceased all sales of the Accused Liners and Accused Tubs.

6. Effective as of the date this Consent Judgment and Permanent Injunction is entered by the Court, the Defendant and its affiliates and their respective agents, representatives, subsidiaries, directors, principals, officers, successors, assigns, and all others acting in concert or participation with them, and each of them, are hereby permanently enjoined and restrained from importing into the United States, making, using, offering to sell and selling the Accused Liners and the Accused Tubs, as well as any product that is a colorable imitation of those products or the Belava Liner or Belava Tub.

7. The Parties shall bear their own costs and attorney fees.

8. This Consent Judgment constitutes a final judgment concerning the subject matter of this action.

10. The Parties waive any right to appeal from this Consent Judgment and Permanent Injunction.

11. This Court shall retain jurisdiction to enforce the terms and provisions of this Consent Judgment and the Permanent Injunction stipulated to herein.

SO STIPULATED AND CONSENTED:

Dated: _____          FITCH, EVEN, TABIN & FLANNERY LLP

                                By: _____
                                Jon A. Birmingham
                                Attorney for Plaintiff
                                Belava, LLC

Dated: _____          By: _____
                                Ha Pham
                                Owner
                                Dion Nails Supply, Inc.

**SO ORDERED**

                                **DENIED**
**Dated:** _____                By: ORDER OF THE COURT
                                    _____

3